| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) Bea, Carlos T. | **2. Court or Organization** U.S. Court of Appeals for the Ninth Circuit | **3. Date of Report** 03/09/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Senior) | **5a. Report Type** (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing member | ▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | San Francisco Judges' Retirement (pension) | $105,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 1/25/2019-1/27/2019 | Simi Valley, CA | Western Conference | Transportation, meals, lodging |
| 2. | Heritage Foundation | 2/18/2019-2/22/2019 | Washington, DC | Presenter at Clerkship Academy | Transportation, meals, lodging |
| 3. | UNLV Law School | 4/21/2019-4/23/2019 | Las Vegas, NV | Speech/Moot Court Judge | Transportation, per diem allowance, lodging |
| 4. | Federalist Society | 11/13/2019-11/17/2019 | Washington, DC | Annual Conference/Panelist | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Banco Santander (cash) | A | Interest | J | T | | | | | |
| 3. ▮▮▮▮▮▮▮ | G | Distribution | O | V | | | | | |
| 4. Trees (Spain) | | None | N | W | | | | | |
| 5. TRUST ACCT #1 (H) | | | | | | | | | |
| 6. UBS Bank USA FDIC Insured Deposit (cash) | A | Interest | J | T | | | | | |
| 7. UBS Tax-Free Reserves Fd Cl A (STFXX) (cash equivalent) | C | Dividend | N | T | Buy (add'l) | 01/04/19 | J | | |
| 8. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 9. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 10. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 11. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 12. | | | | | Buy (add'l) | 04/15/19 | K | | |
| 13. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 14. | | | | | Sold (part) | 05/10/19 | M | | |
| 15. | | | | | Buy (add'l) | 05/21/19 | J | | |
| 16. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 17. | | | | | Buy (add'l) | 07/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 08/02/19 | K | | |
| 20. | | | | | Buy<br>(add'l) | 08/27/19 | N | | |
| 21. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 10/04/19 | K | | |
| 23. | | | | | Sold<br>(part) | 10/16/19 | K | | |
| 24. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 27. | | | | | Sold<br>(part) | 12/09/19 | M | | |
| 28. JPMorgan Chase (JPM) | D | Dividend | M | T | | | | | |
| 29. Ishares Core High Dividend (HDV) | E | Dividend | O | T | | | | | |
| 30. SPDR S&P 500 ETF Tr (SPY) | E | Dividend | P1 | T | | | | | |
| 31. Dodge & Cox Stock Fund (DODGX) | C | Dividend | K | T | | | | | |
| 32. California Pub Works 5%, Due 10/01/21<br>(130685WJ5) | B | Interest | L | T | | | | | |
| 33. California St Gen Oblig 5%, due 04/01/20<br>(13063A4K7) | A | Interest | J | T | | | | | |
| 34. California St Pub Works, 5%, Due 04/01/20<br>(1306852T6) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cupertino Cal 5%, Due 08/01/20 (231237XV5) | B | Interest | K | T | | | | | |
| 36. East Bay Ca Mud Water 4%, Due 06/01/21 (271014VG4) | A | Interest | K | T | | | | | |
| 37. Campbell CA Un High 5% 08/01/21 (134159UR1) | B | Interest | K | T | | | | | |
| 38. San Ramon Valley Cal 4%, Due 08/01/21 (799408P52) | B | Interest | L | T | | | | | |
| 39. State of California 5%, Due 10/01/21 (13063BPU0) | B | Interest | K | T | | | | | |
| 40. Los Angeles CA 5%, Due 06/01/22 (53945CBN9) | C | Interest | K | T | | | | | |
| 41. East Bay Cal Mut Wtr 5% 06/01/22 (271014XW7) | B | Interest | K | T | | | | | |
| 42. San Francisco CA Bay 5% 07/01/22 (797669YP7) | | None | L | T | Buy | 01/04/19 | L | | |
| 43. Napa Valley Ca 4%, Due 08/01/22 (6303615K5) | A | Interest | K | T | | | | | |
| 44. Huntington Beach CA 5%, Due 08/01/22 (446222UC3) | B | Interest | K | T | | | | | |
| 45. California St Pub Works 5%, Due 03/01/23 (13068LDX0) | B | Interest | K | T | | | | | |
| 46. San Francisco CA 5%, Due 06/15/23 (797646QD1) | B | Interest | K | T | | | | | |
| 47. San Diego CA Cmnty 5% 08/01/23 (797272PP0) | B | Interest | K | T | | | | | |
| 48. Huntington Beach CA 5%, Due 08/01/23 (446222UD1) | B | Interest | L | T | | | | | |
| 49. Bakersfield CA Wastewtr 5% 09/15/23 (05753PCA8) | B | Interest | K | T | | | | | |
| 50. Los Angeles CA 5%, Due 07/01/24 (544495ZE7) | B | Interest | L | T | | | | | |
| 51. Metropolitan Wtr Dist 5% Due 07/01/24 (59266TLU3) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Santa Clara CA 5%, Due 08/01/24 (801546NF5) | B | Interest | K | T | | | | | |
| 53. California Infrastructure 5%, Due 10/01/24 (13034AEF3) | B | Interest | K | T | | | | | |
| 54. Bay Area Toll Auth CA 5% 04/01/25 (072024UY6) | B | Interest | K | T | | | | | |
| 55. Los Angeles CA 5%, Due 07/01/25 (544525QP6) | B | Interest | K | T | | | | | |
| 56. Santa Monica-Malibu USD 4% 07/01/25 (802498PY5) | A | Interest | K | T | | | | | |
| 57. Pacific Grove CA 5%, Due 08/01/25 (694393NB1) | B | Interest | K | T | | | | | |
| 58. Ukiah CA 4%, Due 08/01/25 (903698DT2) | B | Interest | L | T | | | | | |
| 59. University of CA, 5%, Due 05/15/26 (91412GUC7) | B | Interest | L | T | | | | | |
| 60. Oxnard Cal UHSD 5% 08/01/26 (692039MD9) | B | Interest | K | T | | | | | |
| 61. Sacramento Mun Util Dist 5% 08/15/26 (786005WM6) | B | Interest | K | T | | | | | |
| 62. Bay Area Water Supply, 5%, Due 10/01/26 (072031BE6) | C | Interest | L | T | | | | | |
| 63. San Mateo CA 5%, Due 06/01/27 (799054GZ8) | C | Interest | M | T | | | | | |
| 64. St of California 5% Due 10/01/27 (13063B4N9) | B | Interest | M | T | Buy | 05/13/19 | M | | |
| 65. Alameda County CA 5.250%, Due 12/01/27 (010831CB9) | C | Interest | L | T | | | | | |
| 66. Chaffy Cmnty College 5% Due 06/01/22 (157432FX8) | B | Interest | L | T | Buy | 05/13/19 | L | | |
| 67. Los Gatos-Saratoga CA 5% Due 08/01/28 (545540DH6) | B | Interest | L | T | Buy | 05/13/19 | L | | |
| 68. Bakersfield 5% Due 09/15/28 (05753PCF7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. CA St Un RV Pref 5%, Due 11/01/28 (was California St 5%) (13077CUL6) | B | Interest | K | T | | | | | |
| 70. Los Angeles CA 5%, Due 08/01/29 (54438CTD4) | B | Interest | K | T | | | | | |
| 71. California St 5% Due 08/01/29 (13063CVM9) | | None | L | T | Buy | 10/17/19 | L | | |
| 72. Napa Valley 5%, Due 08/01/29 (6303616Y4) | B | Interest | K | T | | | | | |
| 73. State of California 5.25%, Due 10/01/29 (13063BAS1) | B | Interest | | | Redeemed | 10/07/19 | K | | |
| 74. Northern Ca Pwr 5%, Due 07/01/30 (664845EH3) | B | Interest | K | T | | | | | |
| 75. California St 5% Due 08/01/30 (13063C6F2) | B | Interest | L | T | | | | | |
| 76. Franklin CA High Yield Muni (FCAMX) | E | Interest | O | T | | | | | |
| 77. Franklin Global Bond Fund (TPINX) | E | Interest | O | T | | | | | |
| 78. TRUST ACCT #2 (H) | | | | | | | | | |
| 79. UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | |
| 80. Altria Group (MO) | C | Dividend | L | T | | | | | |
| 81. Apple Inc (AAPL) | B | Dividend | M | T | | | | | |
| 82. Berkshire Hathaway (BRK.B) | | None | L | T | Buy (add'l) | 09/11/19 | L | | |
| 83. Blackrock Inc (BLK) | C | Dividend | M | T | | | | | |
| 84. Carinval Corp (CCL) | C | Dividend | M | T | | | | | |
| 85. Chevron Corp (CVX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Cinn Financial Corp (CINF) | C | Dividend | J | T | Sold (part) | 10/30/19 | K | D | |
| 87. | | | | | Sold (part) | 10/31/19 | K | D | |
| 88. | | | | | Sold (part) | 11/05/19 | J | C | |
| 89. Cisco Systems (CSCO) | C | Dividend | M | T | Sold (part) | 01/07/19 | J | B | |
| 90. Coca Cola Co (KO) | B | Dividend | L | T | | | | | |
| 91. Crown Castle Int'l (CCI) | C | Dividend | M | T | Sold (part) | 01/07/19 | J | A | |
| 92. Delta Air Lines Inc DELA New (DAL) | B | Dividend | L | T | Buy | 04/15/19 | L | | |
| 93. Diageo PLC (DEO) | B | Dividend | M | T | | | | | |
| 94. Domimion Resources (D) | C | Dividend | M | T | Buy (add'l) | 06/21/19 | L | | |
| 95. Duke Energy Corp (DUK) | B | Dividend | | | Sold | 06/21/19 | L | A | |
| 96. Fastenal Co (FAST) | C | Dividend | M | T | | | | | |
| 97. Franklin Resources Inc (BEN) | B | Dividend | K | T | | | | | |
| 98. General Dynamics (GD) | A | Dividend | | | Sold (part) | 04/15/19 | K | D | |
| 99. | | | | | Sold | 05/29/19 | K | B | |
| 100. Hasbro Inc (HAS) | A | Dividend | | | Sold | 04/15/19 | K | B | |
| 101. Intel Corp (INTC) | C | Dividend | M | T | | | | | |
| 102. Johnson & Johnson (JNJ) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Kinder Morgan (KMI) | B | Dividend | K | T | | | | | |
| 104. Lowes Companies (LOW) | B | Dividend | M | T | Buy (add'l) | 08/02/19 | K | | |
| 105. Merck & Co (MRK) | C | Dividend | M | T | | | | | |
| 106. Microsoft Corp (MSFT) | B | Dividend | M | T | | | | | |
| 107. Nestle SA (NSRGY) | B | Dividend | L | T | | | | | |
| 108. Newmarket Corp (NEU) | A | Dividend | | | Sold (part) | 01/11/19 | J | | |
| 109. | | | | | Sold (part) | 05/29/19 | J | | |
| 110. | | | | | Sold (part) | 06/11/19 | J | B | |
| 111. | | | | | Sold | 08/02/19 | K | B | |
| 112. Norfolk Southern (NSC) | B | Dividend | M | T | | | | | |
| 113. Paccar Inc (PCAR) | C | Dividend | L | T | Sold (part) | 04/10/19 | K | | |
| 114. | | | | | Sold (part) | 04/11/19 | K | A | |
| 115. Paychex Inc (PAYX) | B | Dividend | L | T | | | | | |
| 116. Pfizer Inc (PFE) | C | Dividend | M | T | | | | | |
| 117. Philip Morris (PM) | B | Dividend | K | T | | | | | |
| 118. Target Corp (TGT) | B | Dividend | L | T | | | | | |
| 119. Texas Instruments (TXN) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  UPS (UPS) | C | Dividend | L | T | | | | | |
| 121.  Verizon Communications (VZ) | C | Dividend | L | T | | | | | |
| 122.  Wells Fargo & Co (WFC) | C | Dividend | M | T | | | | | |
| 123.  TRUST ACCT #3 (H) | | | | | | | | | |
| 124.  UBS Money Fund, Inc. Deposit A/C (cash) | A | Dividend | L | T | | | | | |
| 125.  Adobe Systems (ADBE) | | None | K | T | | | | | |
| 126.  Advance Auto Parts Inc (AAP) | A | Dividend | K | T | Buy | 03/20/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Akamai Tech (AKAM) | | None | K | T | Sold<br>(part) | 08/13/19 | J | B | |
| 138.  Alexion Phar (ALXN) | | None | K | T | Buy<br>(add'l) | 04/01/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 140.  Alibaba Group Holdings LTD (BABA) | | None | K | T | Buy<br>(add'l) | 06/12/19 | J | | |
| 141.  Alphabet Inc CL A (GOOGL) | | None | K | T | | | | | |
| 142.  Alphabet Inc CL C (GOOG) | | None | K | T | | | | | |
| 143.  Amazon.com (AMZN) | | None | M | T | Buy<br>(add'l) | 10/17/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 146.  American Express (AXP) | A | Dividend | K | T | Buy<br>(add'l) | 10/17/19 | J | | |
| 147.  Anheuser Busch (BUD) | A | Dividend | K | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 148.  Apple Inc (APPL) | A | Dividend | L | T | Sold<br>(part) | 04/12/19 | J | B | |
| 149. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 150. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 151.  Biogen (BIIB) | | None | | | Sold<br>(part) | 04/05/19 | J | | |
| 152. | | | | | Sold<br>(part) | 04/09/19 | J | | |
| 153. | | | | | Sold<br>(part) | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 04/15/19 | J | | |
| 155. | | | | | Sold | 04/18/19 | J | | |
| 156.  Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 158.  Blackrock Inc (BLK) | A | Dividend | K | T | Sold<br>(part) | 03/19/19 | J | A | |
| 159. | | | | | Sold<br>(part) | 12/09/19 | J | A | |
| 160. | | | | | Sold<br>(part) | 12/13/19 | J | A | |
| 161.  C H Robinson Worldwide Inc New<br>(CHRW) | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 166. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 167.  Caterpillar Inc (CAT) | A | Dividend | | | Sold<br>(part) | 08/28/19 | J | | |
| 168. | | | | | Sold<br>(part) | 08/30/19 | J | | |
| 169. | | | | | Sold<br>(part) | 09/06/19 | J | | |
| 170. | | | | | Sold | 09/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Celgene (CELG) | | None | | | Sold (part) | 01/07/19 | J | | |
| 172. | | | | | Sold (part) | 01/10/19 | J | A | |
| 173. | | | | | Sold (part) | 01/14/19 | J | | |
| 174. | | | | | Sold (part) | 01/22/19 | J | | |
| 175. | | | | | Sold (part) | 02/01/19 | J | | |
| 176. | | | | | Sold (part) | 02/04/19 | J | | |
| 177. | | | | | Sold (part) | 02/06/19 | J | | |
| 178. | | | | | Sold (part) | 01/07/19 | J | | |
| 179. | | | | | Sold | 02/12/19 | J | | |
| 180. Chipotle Mexican (CMG) | | None | | | Sold (part) | 01/11/19 | J | A | |
| 181. | | | | | Sold (part) | 10/02/19 | J | D | |
| 182. | | | | | Sold | 10/03/19 | J | B | |
| 183. Coca Cola Co (KO) | A | Dividend | | | Sold (part) | 07/25/19 | J | A | |
| 184. | | | | | Sold (part) | 07/31/19 | J | B | |
| 185. | | | | | Sold | 08/02/19 | J | B | |
| 186. Comcast (CMCSA) | A | Dividend | K | T | Buy (add'l) | 04/04/19 | J | | |
| 187. | | | | | Sold (part) | 06/26/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Costco Whoesale (COST) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 189. | | | | | Sold (part) | 08/21/19 | J | B | |
| 190.  Ecolab Inc (ECL) | A | Dividend | K | T | Sold (part) | 03/01/19 | J | B | |
| 191. | | | | | Sold (part) | 09/11/19 | J | A | |
| 192.  Equinix Inc Reit (EQIX) | A | Dividend | K | T | Sold (part) | 08/14/19 | J | A | |
| 193. | | | | | Sold (part) | 08/16/19 | J | A | |
| 194.  Facebook Inc (FB) | | None | L | T | Buy (add'l) | 01/08/19 | J | | |
| 195. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 196. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 197.  Fidelity Natl Info Svcs (FIS) | A | Dividend | K | T | Buy | 07/29/19 | J | | |
| 198. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 199. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 200. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 201. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 202. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 203.  Grainger WW (GWW) | A | Dividend | K | T | | | | | |
| 204.  Grubhub Inc (GRUB) | | None | | | Buy | 02/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 206. | | | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 208. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 210. | | | | | Sold<br>(part) | 10/29/19 | J | | |
| 211. | | | | | Sold | 11/05/19 | J | | |
| 212.  Home Depot (HD) | A | Dividend | K | T | | | | | |
| 213.  IHS Markit LTD (INFO) | | None | K | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 214. | | | | | Buy<br>(add'l) | 04/04/19 | J | | |
| 215.  Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy<br>(add'l) | 06/12/19 | J | | |
| 216. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 217.  Linde PLC (LIN) | A | Dividend | K | T | | | | | |
| 218.  MC Cormick & Co (MKC) | A | Dividend | K | T | Sold<br>(part) | 01/02/19 | J | A | |
| 219. | | | | | Sold<br>(part) | 01/07/19 | J | A | |
| 220. | | | | | Sold<br>(part) | 01/10/19 | J | A | |
| 221. | | | | | Sold<br>(part) | 01/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 01/23/19 | J | A | |
| 223. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 224. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 225. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 226. | | | | | Buy (add'l) | 01/04/19 | J | | |
| 227. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 228. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 229. Microsoft Corp (MSFT) | B | Dividend | L | T | | | | | |
| 230. Nutanix Inc Cl A (NTNX) | | None | J | T | Buy (add'l) | 03/05/19 | J | | |
| 231. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 232. Nvidia Corp (NVDA) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 233. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 234. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 235. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 236. Oracle Corp (ORCL) | A | Dividend | K | T | | | | | |
| 237. Palo Alto Network (PANW) | | None | K | T | | | | | |
| 238. Paypal Holdings (PYPL) | | None | | | Sold (part) | 05/23/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 05/24/19 | J | B | |
| 240. | | | | | Sold<br>(part) | 05/29/19 | J | B | |
| 241. | | | | | Sold<br>(part) | 06/04/19 | J | B | |
| 242. | | | | | Sold<br>(part) | 06/05/19 | J | B | |
| 243. | | | | | Sold<br>(part) | 06/10/19 | J | B | |
| 244. | | | | | Sold<br>(part) | 06/11/19 | J | B | |
| 245. | | | | | Sold<br>(part) | 07/16/19 | J | C | |
| 246. | | | | | Sold | 07/22/19 | J | C | |
| 247.  Pioneer Natural Resources (PXD) | A | Dividend | K | T | Buy<br>(add'l) | 05/10/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 249.  QUALCOMM Inc (QCOM) | A | Dividend | K | T | Sold<br>(part) | 04/10/19 | J | A | |
| 250. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 251. | | | | | Sold<br>(part) | 11/20/19 | J | C | |
| 252.  Red Hat (RHT) | | None | | | Sold<br>(part) | 01/22/19 | J | B | |
| 253. | | | | | Sold<br>(part) | 01/30/19 | J | A | |
| 254. | | | | | Sold<br>(part) | 02/07/19 | J | A | |
| 255. | | | | | Sold<br>(part) | 04/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 05/31/19 | J | B | |
| 257. | | | | | Sold (part) | 06/10/19 | J | B | |
| 258. | | | | | Sold (part) | 06/12/19 | J | A | |
| 259. | | | | | Sold | 06/21/19 | J | B | |
| 260. Regeneron Phar (REGN) | | None | | | Sold (part) | 01/24/19 | J | | |
| 261. | | | | | Sold (part) | 02/08/19 | J | | |
| 262. | | | | | Sold | 03/07/19 | J | A | |
| 263. Schlumberger Ltd (SLB) | A | Dividend | | | Sold (part) | 05/10/19 | J | | |
| 264. | | | | | Sold | 05/14/19 | J | | |
| 265. Salesforce.com Inc (CRIM) | | None | K | T | Buy | 11/08/19 | J | | |
| 266. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 267. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 268. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 269. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 270. Schwab, Charles (SCHW) | A | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 271. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 272. Splunk Inc (SPLK) | | None | K | T | Sold (part) | 05/24/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Texas Instruments (TXN) | A | Dividend | K | T | Sold<br>(part) | 10/02/19 | J | B | |
| 274.  Thermo Fisher (TMO) | A | Dividend | K | T | | | | | |
| 275.  Uber Technologies Inc (UBER) | | None | J | T | Buy | 05/14/19 | J | | |
| 276. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 277. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 278. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 279. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 280. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 281.  UPS (UPS) | B | Dividend | K | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 282. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |
| 283.  United Health Group (UNH) | A | Dividend | L | T | Buy<br>(add'l) | 04/16/19 | J | | |
| 284.  Visa Inc (V) | A | Dividend | L | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 285. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 286.  VM Ware (VMW) | | None | K | T | Buy<br>(add'l) | 10/04/19 | J | | |
| 287. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 288. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 289. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Walt Disney Co (DIS) | A | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 291. Yum China (YUMC) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 292. | | | | | Sold (part) | 03/18/19 | J | A | |
| 293. | | | | | Sold (part) | 03/25/19 | J | A | |
| 294. | | | | | Sold (part) | 03/28/19 | J | A | |
| 295. | | | | | Sold (part) | 04/01/19 | J | A | |
| 296. | | | | | Sold (part) | 04/03/19 | J | A | |
| 297. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 298. | | | | | Sold (part) | 04/09/19 | J | A | |
| 299. | | | | | Sold (part) | 04/23/19 | J | A | |
| 300. | | | | | Sold (part) | 04/24/19 | J | A | |
| 301. | | | | | Sold (part) | 04/30/19 | J | A | |
| 302. | | | | | Sold (part) | 05/02/19 | J | A | |
| 303. | | | | | Sold (part) | 05/02/19 | J | A | |
| 304. | | | | | Sold | 05/17/19 | J | A | |
| 305. Zoetis Inc (ZTS) | A | Dividend | K | T | | | | | |
| 306. TRUST #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. UBS Bank Deposit (cash) (formerly IRA Traditional) | A | Interest | M | T | | | | | |
| 308. SPDR S&P 500 ETF TR (SPY) | B | Dividend | M | T | | | | | |
| 309. IRA #1 (H) | | | | | | | | | |
| 310. UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | |
| 311. Adobe Systems (ADBE) | | None | K | T | | | | | |
| 312. Advance Auto Parts Inc (AAP) | A | Dividend | K | T | Buy | 03/20/19 | J | | |
| 313. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 314. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 315. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 316. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 317. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 318. | | | | | Buy (add'l) | 01/21/19 | J | | |
| 319. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 320. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 321. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 322. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 323. Akamai Tech (AKAM) | | None | K | T | Sold (part) | 08/13/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Alexion Phar (ALXN) | | None | K | T | Buy (add'l) | 05/31/19 | J | | |
| 325. Alibaba Group Hldg (BABA) | | None | K | T | Buy (add'l) | 04/01/19 | J | | |
| 326. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 327. Alphabet Inc CL A (GOOGL) | | None | K | T | | | | | |
| 328. Alphabet Inc CL C (GOOG) | | None | K | T | | | | | |
| 329. Amazon.com (AMZN) | | None | L | T | Buy (add'l) | 10/29/19 | J | | |
| 330. American Express (AXP) | A | Dividend | K | T | Buy (add'l) | 10/17/19 | J | | |
| 331. Anheuser Busch (BUD) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 332. Apple Inc (AAPL) | A | Dividend | K | T | Sold (part) | 04/12/19 | J | B | |
| 333. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 334. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 335. Biogen (BIIB) | | None | | | Sold (part) | 04/05/19 | J | | |
| 336. | | | | | Sold (part) | 04/09/19 | J | | |
| 337. | | | | | Sold (part) | 04/11/19 | J | | |
| 338. | | | | | Sold (part) | 04/15/19 | J | | |
| 339. | | | | | Sold | 04/18/19 | J | | |
| 340. Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Buy (add'l) | 05/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Blackrock Inc (BLK) | A | Dividend | K | T | Sold (part) | 03/19/19 | J | A | |
| 342. | | | | | Sold (part) | 12/09/19 | J | A | |
| 343. | | | | | Sold (part) | 12/13/19 | J | A | |
| 344. C H Robinson Worldwide Inc New (CHRW) | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 345. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 346. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 347. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 348. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 349. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 350. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 351. Caterpillar Inc (CAT) | A | Dividend | | | Sold (part) | 08/28/19 | J | | |
| 352. | | | | | Sold (part) | 08/30/19 | J | | |
| 353. | | | | | Sold (part) | 09/06/19 | J | | |
| 354. | | | | | Sold | 09/10/19 | J | | |
| 355. Celgene (CELG) | | None | | | Sold (part) | 01/07/19 | J | | |
| 356. | | | | | Sold (part) | 01/10/19 | J | | |
| 357. | | | | | Sold (part) | 01/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 02/01/19 | J | | |
| 359. | | | | | Sold (part) | 02/04/19 | J | | |
| 360. | | | | | Sold (part) | 02/06/19 | J | | |
| 361. | | | | | Sold (part) | 02/07/19 | J | | |
| 362. | | | | | Sold | 02/12/19 | J | | |
| 363.   Chipotle Mexican (CMG) | | None | | | Sold (part) | 01/15/19 | J | A | |
| 364. | | | | | Sold | 10/03/19 | J | D | |
| 365.   Coca Cola Co (KO) | A | Dividend | | | Sold (part) | 07/25/19 | J | A | |
| 366. | | | | | Sold (part) | 07/31/19 | J | A | |
| 367. | | | | | Sold | 08/02/19 | J | A | |
| 368.   Comcast (CMCSA) | A | Dividend | K | T | Buy (add'l) | 04/04/19 | J | | |
| 369. | | | | | Sold (part) | 06/26/19 | J | A | |
| 370.   Costco Whoesale (COST) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 371. | | | | | Sold (part) | 08/21/19 | J | A | |
| 372.   Ecolab Inc (ECL) | A | Dividend | K | T | Sold (part) | 03/01/19 | J | A | |
| 373. | | | | | Sold (part) | 09/11/19 | J | A | |
| 374.   Equinix Inc REIT (EQIX) | A | Dividend | K | T | Sold (part) | 08/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 08/16/19 | J | A | |
| 376. Facebook Inc (FB) | | None | L | T | Buy (add'l) | 04/05/19 | J | | |
| 377. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 378. Fidelity Natl Info Svcs (FIS) | A | Dividend | K | T | Buy | 07/29/19 | J | | |
| 379. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 380. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 381. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 382. Grainger WW (GWW) | A | Dividend | K | T | | | | | |
| 383. Grubhub Inc (GRUB) | | None | | | Buy | 02/11/19 | J | | |
| 384. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 385. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 386. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 387. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 388. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 389. | | | | | Sold (part) | 10/31/19 | J | C | |
| 390. | | | | | Sold | 11/01/19 | J | | |
| 391. Home Depot (HD) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  IHS Markit Ltd (INFO) | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 393. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 394.  Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 06/03/19 | J | | |
| 395. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 396.  Linde PLC Eur (LIN) | A | Dividend | K | T | | | | | |
| 397.  MC Cormick & Co (MKC) | A | Dividend | J | T | Sold (part) | 01/02/19 | J | A | |
| 398. | | | | | Sold (part) | 01/07/19 | J | A | |
| 399. | | | | | Sold (part) | 01/10/19 | J | A | |
| 400. | | | | | Sold (part) | 01/17/19 | J | A | |
| 401. | | | | | Sold (part) | 01/23/19 | J | A | |
| 402. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 403. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 404. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 405. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 406. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 407. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 408.  Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Nutanix Inc Cl A (NTNX) | | None | J | T | Buy (add'l) | 03/05/19 | J | | |
| 410. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 411. Nvidia Corp (NVDA) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 412. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 413. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 414. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 415. Oracle Corp (ORCL) | A | Dividend | K | T | | | | | |
| 416. Palo Alto Network (PANW) | | None | K | T | | | | | |
| 417. Paypal Holdings (PYPL) | | None | | | Sold (part) | 05/23/19 | J | C | |
| 418. | | | | | Sold (part) | 05/24/19 | J | B | |
| 419. | | | | | Sold (part) | 05/29/19 | J | B | |
| 420. | | | | | Sold (part) | 06/04/19 | J | B | |
| 421. | | | | | Sold (part) | 06/05/19 | J | B | |
| 422. | | | | | Sold (part) | 06/10/19 | J | B | |
| 423. | | | | | Sold (part) | 06/11/19 | J | B | |
| 424. | | | | | Sold (part) | 07/16/19 | J | C | |
| 425. | | | | | Sold | 07/22/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  Pioneer Natural Resources (PXD) | A | Dividend | K | T | Buy (add'l) | 05/10/19 | J | | |
| 427. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 428.  Qualcomm Inc (QCOM) | A | Dividend | K | T | Sold (part) | 04/10/19 | J | A | |
| 429. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 430. | | | | | Sold (part) | 11/18/19 | J | C | |
| 431.  Red Hat (RHT) | | None | | | Sold (part) | 01/22/19 | J | A | |
| 432. | | | | | Sold (part) | 01/30/19 | J | A | |
| 433. | | | | | Sold (part) | 02/07/19 | J | A | |
| 434. | | | | | Sold (part) | 04/02/19 | J | A | |
| 435. | | | | | Sold (part) | 05/31/19 | J | B | |
| 436. | | | | | Sold (part) | 06/10/19 | J | B | |
| 437. | | | | | Sold (part) | 06/12/19 | J | B | |
| 438. | | | | | Sold | 06/21/19 | J | B | |
| 439.  Regeneron Phar (REGN) | | None | | | Sold (part) | 01/24/19 | J | | |
| 440. | | | | | Sold (part) | 02/08/19 | J | | |
| 441. | | | | | Sold (part) | 03/07/19 | J | A | |
| 442. | | | | | Sold | 05/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. Schlumberger Ltd (SLB) | A | Dividend | | | Sold | 05/10/19 | J | | |
| 444. Salesforce.com Inc. (CRM) | | None | K | T | Buy | 11/08/19 | J | | |
| 445. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 446. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 447. | | | | | Buy<br>(add'l) | 11/22/19 | J | | |
| 448. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 449. Schwab, Charles (SCHW) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 450. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 451. Splunk Inc (SPLK) | | None | K | T | Sold<br>(part) | 05/24/19 | J | B | |
| 452. Texas Instruments (TXN) | A | Dividend | K | T | Sold<br>(part) | 10/02/19 | J | B | |
| 453. Thermo Fisher (TMO) | A | Dividend | K | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 454. Uber Technologies Inc (UBER) | | None | J | T | Buy | 05/14/19 | J | | |
| 455. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 456. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 457. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 458. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 459. UPS (UPS) | A | Dividend | K | T | Buy<br>(add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bea, Carlos T.** | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 461. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |
| 462.  UnitedHealth Group (UNH) | A | Dividend | K | T | Buy<br>(add'l) | 04/16/19 | J | | |
| 463.  Visa Inc (V) | A | Dividend | L | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 464. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 465.  VM Ware (VMW) | | None | K | T | Buy<br>(add'l) | 10/04/19 | J | | |
| 466. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 467. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 468. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 469.  Walt Disney Co (DIS) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 470.  Yum China (YUMC) | A | Dividend | | | Sold<br>(part) | 03/25/19 | J | A | |
| 471. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 472. | | | | | Sold<br>(part) | 03/28/19 | J | A | |
| 473. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 474. | | | | | Sold<br>(part) | 04/03/19 | J | A | |
| 475. | | | | | Sold<br>(part) | 04/04/19 | J | A | |
| 476. | | | | | Sold<br>(part) | 04/09/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 478. | | | | | Sold<br>(part) | 04/24/19 | J | A | |
| 479. | | | | | Sold<br>(part) | 05/02/19 | J | A | |
| 480. | | | | | Sold | 05/17/19 | J | A | |
| 481. Zoetis Inc (ZTS) | A | Dividend | K | T | | | | | |
| 482. IRA #2 (H) | | | | | | | | | |
| 483. UBS Bank Deposit (cash) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 03/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Reportable assets related to these positions are included in Part VII.

Part III A.: Due to litigation, the state of California is retroactively adjusting judicial pensions; the figure provided is my best estimate of the final amount.

Part VII, line 3: Valuation was determined by the Los Angeles County Assessor's Appeal Board.

Part VII, line 4: Located on family land.

Part VII: 2018 IRA #2 is now Trust #4.

Part VII: 2018 IRA #3 is now IRA #2.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544